DRACHENBERG, Respondent, vs. HUSTISFORD STATE BANK
and another, Appellants.

*February 8—March 6, 1928.*

Companion case to *Bischoff v. Hustisford State Bank, ante,* p. 312.

APPEALS from an order of the circuit court for Dodge
county: C. M. DAVISON, Circuit Judge. *Reversed upon
both appeals.*

The cause was submitted for the appellants on the brief
of *Skinner & Thauer* of Watertown and *Clark & Lueck* of
Beaver Dam, and for the respondent on that of *Hoyt, Ben-
der, McIntyre & Hoyt,* attorneys, and *Werner J. Trimborn,*
of counsel, all of Milwaukee.

ROSENBERRY, J.   This is a companion case to *Bischoff v.
Hustisford State Bank,* decided herewith (*ante,* p. 312, 218
N. W. 353).   The mandate in this case will be the same as
in that case for the reasons there stated.

*By the Court.*—Upon the appeal of the defendants that
part of the order appealed from is reversed.   Upon plaint-
iff's appeal the order sustaining the demurrer to the com-
plaint is reversed.   The cause is remitted with directions to
overrule the demurrer and for the disposition of the case
by the trial court as indicated in this opinion; no costs to
be taxed by either party, the appellants to pay the clerk's
fees in this court.